```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

**MICHAEL J. GILL, et al.,**         )
                                     )
      **Plaintiffs,**         )
                                     )
      **v.**                  )   **CIVIL ACTION No.**
                                     )   **14-13497-NMG**
**AMY MILLER,**                      )
                                     )
      **Defendant.**          )

## PROCEDURAL ORDER

**GORTON, J.**

    Plaintiff Michael J. Gill ("Gill"), proceeding pro se, initiated this action against defendant Amy Miller on August 26, 2014. Summons issued at that time with reference to Local Rule 4.1, which states that a plaintiff has 120 days to accomplish service and that failure to accomplish service could result in dismissal. See Docket No. 4.

    Now before the Court is plaintiff's motion seeking court guidance. See Docket No. 8. In this motion, Gill states that he has been unable to accomplish service on defendant, despite repeated attempts to do so. Gill explains that he hired process servers and also obtained the services of a private investigator. Gill discovered that defendant's address actually belongs to her mother.

    Despite Gill's active efforts to obtain an address at which defendant can be served with process, he has been unsuccessful and seeks court guidance. Unfortunately, the inability to obtain service upon a defendant can be a practical reality of

litigation, whether or not a plaintiff proceeds pro se.

Accordingly, within 49 days from the date of this order, plaintiff must either serve the defendant or show cause why the this action should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  Failure to do so will result in the dismissal of this action without prejudice.

**So ordered.**

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated January 28, 2015